ALFRED CAMERON,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(12-87-189; CA A47356)

776 P2d 592

Steven H. Gorham, Salem, argued the cause for petitioner. On the brief was Gary D. Babcock, Public Defender, Salem.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Imposition of a fine in a disciplinary proceeding is not authorized. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988). The evidence is sufficient to support the finding that petitioner violated OAR 291-105-015(A), Rule 7(c).

Fine vacated; otherwise affirmed.